IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, THE FOX VALLEY LABORERS' PENSION FUND, and PAT<br><br>Judgment Creditors,<br><br>v.<br><br>HUGH HENRY CONSTRUCTION, INC. an Illinois corporation, TRACEY BIESTERFELDT, and MICHAEL GALLAGHER, individuals,<br><br>Judgment Debtors,<br><br>and<br><br>GLOBAL BUILDERS, INC.<br><br>Third-Party Citation Respondent. | Case No. 18-cv-06751<br><br>Judge Kennelly |

## THIRD PARTY CITATION RESPONDENT - GLOBAL BUILDERS, INC.'S MOTION FOR DIRECTED FINDING

Third-Party Citation Respondent GLOBAL BUILDERS, INC. ("Global" or "Respondent") through its attorneys, Thomas G. A. Herz, Jr. and the Law Office of Thomas Herz, Jr., presents its Motion for Directed Finding. In support thereof Global states as follows:

### Argument

In support of the Judgment Creditor's ("Judgment Creditor" or "Petitioner") Motion for Turnover of Assets it presented a single witness, Michael Gallagher, and the Petitioner also presented various documentary evidence. At the conclusion of the Petitioner's case in chief the Respondent moved for a directed finding. Herein the Respondent files its written Motion for Directed Finding previously presented to the Court.

Illinois law provides that only after the citation is served does the judgment become a lien on the judgment debtor's assets. *BMO Harris v. Joe Contarino*, 2017 IL.App.2d 160371, 412 Ill.Dec. 168, 74 N.E.3d 1091 (2nd Dist. 2017). Additionally, the Court further stated that the only relevant inquiries are first, whether the judgment debtor possesses assets that should be used to satisfy the judgment, and second, whether a third party is holding assets of the judgment debtor that should be used to satisfy the judgment. *Id.* at 168.

The Court further stated,

"citations can reach only those assets in the possession or control of the judgment debtor." at 177.

Illinois law is crystal clear that the petitioner in an action for turnover has the burden of proof to show that the respondent possesses assets belonging to the judgment creditor. *Schak v. Blom*, 334 Ill.App.3d 129, (1st Dist. 2002). Further, the Illinois Code of Civil Procedure does not authorize entry of a judgment against a third party who does not possess assets of the judgment debtor. *Id.* at 129.

In the instant case the Petitioner never adduced a single shred of evidence as to the date that the Respondent was served with the Third Party Citation to Discover Assets. Without a service date the Judgment Creditor's Motion must summarily fail for there is no legal date in which the Citation Respondent must maintain the assets of the Judgment Debtor.

That being said the Petitioner attached the Affidavit of Michael Gallagher to its Motion for Turnover. A copy of which is attached hereto. Attached thereto was a list of items of personal property that the Judgment Debtor claimed to own, and claimed was the only property of the Judgment Debtor at the Project on October 9, 2018. None of the items were identified with any particularity such as serial numbers or any other identifying characteristics.

The Judgment Creditor presented Michael Gallagher as its only witness. In support of his testimony Gallagher testified that Hugh Henry Exhibit 0204 and 0205 was a list of personal property owned by the Judgment Debtor which list was identical to the list attached to the Affidavit of Michael Gallagher. A copy of Exhibit 0204 and 0205 is attached hereto.

However, during the course of Gallagher's testimony he stated that he returned to the Project on two occasions. First, he went to the gate and was given personal property of the Judgment Debtor. Second, he went to the Project and walked the Project with William Lumino and retrieved additional items of personal property of the Judgment Debtor. This leads the Respondent to a single conclusion, the list provided by Michael Gallagher does not identify the personal property in the possession of the Respondent at the time that it was served with the Third Party Citation to Discover Assets.

Further, Michael Gallagher testified that he was last at the construction site in the first week of December of 2018, and that was when the last of the photographs was taken. In view of the fact that the Third Party Citation to Discover Assets was not issued by the Court until December 14, 2018, the Judgment Creditor has offered no evidence as to what, if any, personal property was in the possession of the Respondent after the issuance of the Third Party Citation to Discover Assets (The Court should note that, as stated above, the critical date is the date the Respondent was served with the Third Party Citation to Discover Assets, a date not known.).

For the reasons stated above, judgment should be entered in favor of the Respondent as the direct result of the Judgment Creditor's failure to sustain its burden of proof that the Judgment Creditor owned all of the items of personal property identified and that the items of personal property were in the possession of the Respondent at such time as it was served with the Third Party Citation to Discover Assets.

WHEREFORE, Global Builders, Inc., the Third Party Citation Respondent, prays that this Honorable Court enter judgment in its favor in accordance with the Motion for a Directed Finding presented to the Court.

Respectfully submitted,

_____
Thomas Herz, Jr.
One of Global Builders, Inc.'s Attorneys

Thomas G. A. Herz, Jr. (#6192920)
Law Office of Thomas Herz, Jr.
400 Central Ave.
Suite 230
Northfield, IL 60093
(312) 236-4379

## CERTIFICATE OF SERVICE

I, Thomas G. A. Herz, Jr., an attorney, certify that I caused to be served on Josiah Groff and Michael Gallagherr the Third-Party Citation Respondent's Motion for a Directed Finding by e-mail service and regular mail on October 9, 2019.

_____

## DECLARATION OF MICHAEL GALLAGHER

| COUNTY OF COOK | ) |
| --- | --- |
|  | ) SS |
| STATE OF ILLINOIS | ) |

I, Michael Gallagher, of full age, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a principal for Hugh Henry Construction, Inc. d/b/a HH Concrete, Inc. ("HH"). If called to testify, I could testify competently to the facts set forth in this declaration.

2. For the period of approximately late August 2018 through October 9, 2018, HH performed concrete construction work at a project located at 635 West Roosevelt Road, in Chicago, Illinois ("Project"). HH was a concrete subcontractor for Global Builders, Inc. ("Global"). Global was the general contractor on the Project.

3. On or about October 9, 2018, Global removed HH from the Project. While HH did not agree with Global, per the contract HH left the equipment on the site for Global to complete the work with. Carmen Gratace of Global Builders stated repeatedly that he was going to return all of the equipment. When HH requested the return of the equipment, Carmen refused and threatened to call the police if we came on the site. Carmen then removed the equipment from the site. To the best of HH's knowledge the equipment is in a storage facility in Oswego, IL. A listing of that equipment is attached to this Declaration as Exhibit 1. Exhibit 1 also shows HH's best estimate of the value of each item. As shown on the second page of Exhibit 1, HH's estimated total value of all of the items is $109,365.84.

4. Since removing HH from the Project, Global has refused to allow HH to retrieve the items listed in Exhibit 1. Global has removed some or all of the items listed in Exhibit 1 from the Project and moved them elsewhere.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/7/19

Michael Gallagher

EXHIBIT C

#30

| Qty. | Item | Brand | Current Cost Each | Website | Total Cost |
|---|---|---|---|---|---|
| 2 | External Vibrator | Wacker | $ 2,200.00 | Olearys | $ 4,400.00 |
| 1 | Power inverter | Wacker | $ 4,695.95 | https://www.singlecylinderstore.com/Wac | $ 4,695.95 |
| 1 | Set gage torches | Acetylene | | | |
| 2 | 2 torches | Acetylene Torch | | WISCO current cost | |
| 1 | gas tank | Wisco | | | |
| 1 | oxygen tank | Wisco | $ 1,500.00 | | $ 1,500.00 |
| 2 | Hose set for torches | Wisco | | | |
| 1 | set torches | Wisco | | | |
| 1 | set hoses | Wisco | | | |
| | **Symons Forms and Hardware** | | | | $ - |
| 150 | 3'x24" panels | Symons | $ 43.00 | https://www.ebay.com/itm/Symons-Concr | $ 6,450.00 |
| 150 | 4'x24" panels | Symons | $ 49.00 | https://www.ebay.com/itm/Symons-Concr | $ 7,350.00 |
| 26 | 6'x24" panels | Symons. | $ 56.50 | forming america | $ 1,469.00 |
| 160 | 4' fillers misc. sizes | Symons | $ 22.00 | forming america | $ 3,520.00 |
| 16 | 6' fillers misc. sizes | Symons | $ 32.00 | forming america | $ 512.00 |
| 40 | inside corners-various heights | Symons | $ 49.98 | forming america | $ 1,999.20 |
| 1000 | Wedge bolts | Symons | $ 0.32 | HD Supply | $ 320.00 |
| 200 | 1pc whaler clamps | Symons | $ 7.39 | HD Supply | $ 1,478.00 |
| | **Wood Formwork Beams** | | | | $ - |
| 50 | 8ft wood beam | Doka | $ 80.00 | doka | |
| 50 | 10ft wood beam | Doka | $ 86.00 | doka | $ 4,000.00 |
| 50 | 12ft wood beam | Doka | $ 110.00 | doka | $ 4,300.00 |
| | | | | | $ 5,500.00 |
| | **10k Shoring Equipment** | | | | $ - |
| 4 | 6'x4' shoring frames | 10k | $ 303.00 | Doka | $ 1,212.00 |
| 4 | 5'x4' shoring frames | 10k | $ 263.00 | Doka | $ 1,052.00 |
| 8 | 4'x4' shoring frames | 10k | $ 237.00 | Doka | $ 1,896.00 |
| 30 | baseplates | 10k | $ 38.00 | Doka | $ 1,140.00 |
| 30 | uheads | 10k | $ 49.00 | Doka | $ 1,470.00 |
| 60 | screw jacks- 24" long | 10k | $ 69.00 | Doka | $ 4,140.00 |
| 12 | 12' Steel Whalers | Doka | $ 569.00 | doka | $ 6,828.00 |
| 300 | Jahn Clamps | McCann | $ 3.90 | mccann | $ 1,170.00 |
| 1 | Concrete Bucket | Camleaver | $ 4,372.00 | | $ 4,372.00 |
| 2 | Slant Top Gang Box | Knaack 3068 | $ 785.35 | https://www.jobsitetoolboxes.com/produc | $ 1,570.70 |
| 1 | Cabinet Gang Box | Knaack 109 | $ 1,458.63 | https://www.jobsitetoolboxes.com/produc | $ 1,458.63 |
| 1 | Doka Transportation Box | Doka | $ 1,042.00 | doka | $ 1,042.00 |
| 2 | Alsina Transportation Boxes | Alsina | $ 1,042.00 | doka | $ 2,084.00 |
| 1 | Doka 4pt Chains- Rigging Equipment | Doka | $ 520.38 | Doka | $ 520.38 |
| 3 | Wacker Vibrator Motors | Wacker | $ 474.28 | https://www.jimslimstools.com/Products/\ | $ 1,422.84 |
| 4 | Concrete Vibrator head | Wacker | $ 263.34 | https://www.contractorsdirect.com/Wacke | $ 1,053.36 |
| 4 | Concrete Vibrator shafts | Wacker | $ 223.15 | https://www.contractorsdirect.com/Wacke | $ 892.60 |
| 1 | Topcon Laser | Topcon | $ 1,740.99 | https://www.engineersupply.com/Topcon- | $ 1,740.99 |
| 20 | Turn Buckles | Symons | $ 145.00 | https://www.ebay.com/itm/Alignment-Tur | $ 2,900.00 |
| 2 | (2) Fiberglass Extension Ladders | Homedepot | $ 207.00 | home depot | $ 414.00 |
| 1 | 20ft Concrete Chute | HD Supply | $ 578.00 | HD Whitecap | $ 578.00 |
| 1 | 46" Troweling Machine | Allen | $ 3,190.00 | http://sevenstatessupply.com/new-equipm | $ 3,190.00 |
| 6 | Radios | HD Supply | $ 321.00 | HD Supply | $ 1,926.00 |
| 2 | 33 ft retractables Rebel retractable life lines | HD SUPPLY | $ 767.33 | HD Supply | $ 1,534.66 |
| 2 | 11ft Retactables Pro techa | HD SUPPLY | $ 272.42 | HD Supply | $ 544.84 |
| | **Misc. Power Tools** | | | | |
| 3 | 3 Worm Drive Saws | SKIL MAG 77's | $ 189.99 | https://www.amazon.com/SKILSAW-SPT77 | $ 569.97 |
| 1 | 1 cordless Makita Saw 6-1/2 18volt | Makita | $ 199.00 | https://www.google.com/shopping/produc | $ 199.00 |
| 1 | 1 cordless Hilti Saw | Hilti | $ 536.00 | https://www.hilti.com/c/CLS_POWER_TOC | $ 536.00 |
| 2 | 2 Cordless Hilti Hammer Drills TE4 | Hilti | $ 556.00 | https://www.hilti.com/c/CLS_CORDLESS_T | $ 1,112.00 |
| 1 | 1 cordless Hilti impact drive | Hilti | $ 536.00 | https://www.hilti.com/c/CLS_POWER_TOC | $ 536.00 |
| 1 | 1 cordless Hilti drill | Hilti | $ 419.00 | https://www.homedepot.com/p/Hilti-SF-1( | $ 419.00 |
| 1 | 1 cordless Hilti impact wrench | Hilti | $ 536.00 | https://www.hilti.com/c/CLS_POWER_TOC | $ 536.00 |
| 1 | 1 Hilti TE-60 | Hilti | $ 1,479.00 | https://www.hilti.com/c/CLS_POWER_TOC | $ 1,479.00 |
| 1 | 1 Hilti TE-70 | Hilti | $ 2,549.00 | https://www.hilti.com/c/CLS_POWER_TOC | $ 2,549.00 |
| 1 | 1 Hilti TE 700 | Hilti | $ 1,269.00 | https://www.hilti.com/c/CLS_POWER_TOC | $ 1,269.00 |
| 12 | Hilti Battery | Hilti | $ 149.00 | https://www.hilti.com/c/CLS_CORDLESS_T | $ 1,788.00 |
| 2 | Hilti Battery Charger | Hilti | $ 39.00 | https://www.hilti.com/c/CLS_POWER_TOC | $ 78.00 |
| 1 | 1 Chop Saw | Ryobi | $ 219.00 | https://www.homedepot.com/p/RYOBI-15 | $ 219.00 |
| 2 | 2 Klein Grizzly Bars | RKD | $ 132.00 | | $ 264.00 |
| 3 | 3 Hilti Mini Grinders | Hilti 5" | $ 199.00 | https://www.hilti.com/c/CLS_POWER_TOC | $ 597.00 |
| 1 | 1 Dewalt Mini Grinder | Dewalt | $ 150.00 | | $ 150.00 |
| 1 | 1 Milwaukee Impact | Milwaukee 1/2" impact | $ 179.00 | https://www.homedepot.com/p/Milwauke | $ 179.00 |
| 2 | 2 2-ton Chain Falls | OLEarys | $ 275.66 | | $ 551.32 |

EXHIBIT 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | 2 Chain Comealongs | Hall Master 3/4" ton ma | $ 93.70 | Harbor Freight | $ | 187.40 |
| 1 | Misc. Wrenches | Misc | $ 500.00 | | $ | 500.00 |
| 1 | Misc. Doka Hardware | Doka | $ 1,500.00 | | $ | 1,500.00 |
| 1 | Dywidag Hardware | Dywidag | $ 500.00 | | $ | 500.00 |
| | | | | | $ | - |
| | | | | | $ | 109,365.84 |

| Qty. | | Item | Brand | Current Cost Each | Website | Total Cost |
|---|---|---|---|---|---|---|
| 1 | 2 | External Vibrator | Wacker | $ 2,200.00 | Olearys | $ 4,400.00 |
| 2 | 1 | Power inverter | Wacker | | | |
| 3 | 1 | Set gage torches | Acetylene | $ 4,695.95 | https://www.singlecylinderstore.com/Wac | $ 4,695.95 |
| 4 | 2 | 2 torches | Acetylene Torch | | | |
| 5 | 1 | gas tank | | | | |
| 6 | 1 | oxygen tank | | | | |
| 7 | 2 | Hose set for torches | Wisco | $ 1,500.00 | WISCO current cost | $ 1,500.00 |
| 8 | 1 | set torches | Wisco | | | |
| 9 | 1 | set hoses | Wisco | | | |
| 10 | | Symons Forms and Hardware | | | | |
| | 150 | 3'x24" panels | Symons | $ 43.00 | https://www.ebay.com/itm/Symons- | $ 6,450.00 |
| | 150 | 4'x24" panels | Symons | $ 49.00 | https://www.ebay.com/itm/Symons-Concr | $ 7,350.00 |
| | 26 | 6'x24" panels | Symons | $ 56.50 | forming america | $ 1,469.00 |
| | 160 | 4' fillers misc. sizes | Symons | $ 22.00 | forming america | $ 3,520.00 |
| | 16 | 6' fillers misc. sizes | Symons | $ 32.00 | forming america | $ 512.00 |
| | 40 | inside corners-various heights | Symons | $ 49.98 | forming america | $ 1,999.20 |
| | 1000 | Wedge bolts | Symons | $ 0.32 | HD Supply | $ 320.00 |
| | 200 | 1pc whaler clamps | Symons | $ 7.39 | HD Supply | $ 1,478.00 |
| 11 | | Wood Formwork Beams | | | | |
| | 50 | 8ft wood beam | Doka | $ 80.00 | doka | $ 4,000.00 |
| | 50 | 10ft wood beam | Doka | $ 86.00 | doka | $ 4,300.00 |
| | 50 | 12ft wood beam | Doka | $ 110.00 | doka | $ 5,500.00 |
| 12 | | 10k Shoring Equipment | | | | |
| | 4 | 6'x4' shoring frames | 10k | $ 303.00 | Doka | $ 1,212.00 |
| | 4 | 5'x4' shoring frames | 10k | | | $ - |
| | 8 | 4'x4' shoring frames | 10k | $ 263.00 | Doka | $ 1,052.00 |
| 13 | 30 | baseplates | 10k | $ 237.00 | Doka | $ 1,896.00 |
| 14 | 30 | uheads | 10k | $ 38.00 | Doka | $ 1,140.00 |
| 15 | 60 | screw jacks- 24" long | 10k | $ 49.00 | Doka | $ 1,470.00 |
| 16 | 12 | 12' Steel Whalers | Doka | $ 69.00 | Doka | $ 4,140.00 |
| 17 | 300 | Jahn Clamps | McCann | $ 3.90 | mccann | $ 6,828.00 |
| 18 | 1 | Concrete Bucket | Camleaver | $ 4,372.00 | | $ 4,372.00 |
| 19 | 2 | Slant Top Gang Box | Knaack 3068 | $ 785.35 | https://www.jobsitetoolboxes.com/produc | $ 1,570.70 |
| 20 | 1 | Cabinet Gang Box | Knaack 109 | $ 1,458.63 | https://www.jobsitetoolboxes.com/produc | $ 1,458.63 |
| 21 | 1 | Doka Transportation Box | Doka | $ 1,042.00 | doka | $ 1,042.00 |

Hugh Henry 0204

| # | Qty | Item | Brand | | Price | Source | Total |
|---|---|---|---|---|---|---|---|
| 22 | 2 | Alsina Transportation Boxes | Alsina | $ | 1,042.00 | doka | 2,084.00 |
| 23 | 1 | Doka 4pt Chains- Rigging Equipment | Doka | $ | 520.38 | Doka | 520.38 |
| 24 | 3 | Wacker Vibrator Motors | Wacker | $ | 474.28 | https://www.jimslimstools.com/Products/ | 1,422.84 |
| 25 | 4 | Concrete Vibrator head | Wacker | $ | 263.34 | https://www.contractorsdirect.com/Wack | 1,053.36 |
| 26 | 4 | Concrete Vibrator shafts | Wacker | $ | 223.15 | https://www.contractorsdirect.com/Wack | 892.60 |
| 27 | 1 | Topcon Laser | Topcon | $ | 1,740.99 | https://www.engineersupply.com/Topcon- | 1,740.99 |
| 28 | 20 | Turn Buckles | Symons | $ | 145.00 | https://www.ebay.com/itm/Alignment-Tur | 2,900.00 |
| 29 | 2 | (2) Fiberglass Extension Ladders | Homedepot | $ | 207.00 | home depot | 414.00 |
| 30 | 1 | 20ft Concrete Chute | HD Supply | $ | 578.00 | HD Whitecap | 578.00 |
| 31 | 1 | 46" Troweling Machine | Allen | $ | 3,190.00 | http://sevenstatessupply.com/new-equipn | 3,190.00 |
| 32 | 6 | Radios | HD Supply | $ | 321.00 | HD Supply | 1,926.00 |
| 33 | 2 | 33 ft retractables Rebel retractable life lines | HD SUPPLY | $ | 767.33 | HD Supply | 1,534.66 |
| 34 | 2 | 11ft Retractables Pro techa | HD SUPPLY | $ | 272.42 | HD Supply | 544.84 |
| 35 | 3 | Misc. Power Tools | | | | | - |
| 36 | 3 | Worm Drive Saws | SKIL MAG 77's | $ | 189.99 | https://www.amazon.com/SKILSAW-SPT77 | 569.97 |
| 37 | 1 | 1 cordless Makita Saw 6-1/2 18volt | Makita | $ | 199.00 | https://www.google.com/shopping/produ | 199.00 |
| 38 | 1 | 1 cordless Hilti Saw | Hilti | $ | 536.00 | https://www.hilti.com/c/CLS_POWER_TOC | 536.00 |
| 39 | 2 | 2 Cordless Hilti Hammer Drills TE4 | Hilti | $ | 556.00 | https://www.hilti.com/c/CLS_CORDLESS_T | 1,112.00 |
| 40 | 1 | 1 cordless Hilti impact drive | Hilti | $ | 536.00 | https://www.hilti.com/c/CLS_POWER_TOC | 536.00 |
| 41 | 1 | 1 cordless Hilti drill | Hilti | $ | 419.00 | https://www.hilti.com/c/CLS_POWER_TOC | 419.00 |
| 42 | 1 | 1 cordless Hilti impact wrench | Hilti | $ | 536.00 | https://www.homedepot.com/p/Hilti-SF-1 | 536.00 |
| 43 | 1 | 1 Hilti TE-60 | Hilti | $ | 1,479.00 | https://www.hilti.com/c/CLS_POWER_TOC | 1,479.00 |
| 44 | 1 | 1 Hilti TE-70 | Hilti | $ | 2,549.00 | https://www.hilti.com/c/CLS_POWER_TOC | 2,549.00 |
| 45 | 12 | Hilti TE 700 | Hilti | $ | 1,269.00 | https://www.hilti.com/c/CLS_POWER_TOC | 1,269.00 |
| 46 | 2 | Hilti Battery | Hilti | $ | 149.00 | https://www.hilti.com/c/CLS_CORDLESS_T | 1,788.00 |
| 47 | 1 | Hilti Battery Charger | Hilti | $ | 39.00 | https://www.hilti.com/c/CLS_CORDLESS_T | 78.00 |
| 48 | 2 | 1 Chop Saw | Ryobi | $ | 219.00 | https://www.homedepot.com/p/RYOBI-15 | 219.00 |
| 49 | 3 | 2 Klein Grizzly Bars | RKD | $ | 132.00 | | 264.00 |
| 50 | 1 | 3 Hilti Mini Grinders | Hilti 5" | $ | 199.00 | | 597.00 |
| 51 | 1 | 1 Dewalt Mini Grinder | Dewalt | $ | 150.00 | | 150.00 |
| 52 | 2 | 1 Milwaukee Impact | Milwaukee 1/2" impact | $ | 179.00 | https://www.homedepot.com/p/Milwauke | 179.00 |
| 53 | 2 | 2 2-ton Chain Falls | OLearys | $ | 275.66 | | 551.32 |
| 54 | 1 | 2 Chain Comealongs | Hall Master 3/4" ton ma | $ | 93.70 | Harbor Freight | 187.40 |
| 55 | 1 | Misc. Wrenches | Misc | $ | 500.00 | | 500.00 |
| 56 | 1 | Misc. Doka Hardware | Doka | $ | 1,500.00 | | 1,500.00 |
| | 1 | Dywidag Hardware | Dywidag | $ | 500.00 | | 500.00 |
| | | | | $ | | | 109,365.84 |

Hugh Henry 0205